**Carolyn MILES, Appellant,**

v.

**UNIVERSITY OF ARKANSAS SYSTEM, Appellee.**

No. 08–2130.

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 6, 2009.

Filed: Oct. 8, 2009.

Carolyn Miles, Little Rock, AR, pro se.

Sarah James, Associate General Counsel, Jeffrey Alan Bell, University of Arkansas Office of General Counsel, argued, Little Rock, AR, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Carolyn Miles appeals the District Court's[1] adverse grant of summary judg-

---

1. The Honorable William R. Wilson, United States District Judge for the Eastern District of Arkansas.

ment in her employment-discrimination suit. After *de novo* review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. *See* 8th Cir. R. 47B.